**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JARED BENTLEY, individually and on behalf of all others similarly situated,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **AKIMA GLOBAL SERVICES, LLC,** ) **And AKIMA LLC,** ) **Defendants.** ) | **CASE NO.: 1:25-cv-00013-JLS** |

**CORPORATE DISCLOSURE STATEMENT ON BEHALF OF**
**AKIMA GLOBAL SERVICES, LLC**

**NOW COMES**, Defendant, Akima Global Services, LLC ("Defendant" or "AGS"), through undersigned counsel, who submits this disclosure of corporate information pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 157.

AGS is a limited liability company formed and organized under the laws of Alaska, with its headquarters and principal place of business in Herndon, Virginia. AGS is a wholly owned subsidiary of Akima LLC, which is a limited liability company formed and organized under the laws of Alaska with its headquarters and principal place of business located in Herndon, Virginia.

Akima LLC is a wholly owned subsidiary of NANA Regional Corporation, which is a privately held Alaska Native Corporation incorporated under the laws of Alaska with its headquarters and principal place of business located in Anchorage, Alaska. There is no publicly held corporation owning 10% or more of its stock.

1

Respectfully submitted,

**THE KULLMAN FIRM**

/s/ *Bryan E. Bowdler*
Bryan E. Bowdler
Jessica L. Marrero (*pro hac vice application pending*)
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163-1600
T: 504-524-4162 | F: 504-596-4114
BEB@KullmanLaw.com
JLM@KullmanLaw.com

Heather F. Crow (*pro hac vice application pending*)
2915 Kerry Forest Pkwy, Suite 101
Tallahassee, FL 32309
T: 850-296-1953 | F: 504-596-4189
HFC@KullmanLaw.com

*Counsel for Defendants,*
*Akima Global Services, LLC and*
*Akima LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, I electronically filed the foregoing Corporate Disclosure Statement on Behalf of Akima Global Services, LLC with the Clerk of the U.S. District Court for the Western District of New York via the CM/ECF system, which sent notification to all parties of record.

/s/ *Bryan E. Bowdler*

*Counsel for Defendants*